# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE ENGLE,** : | **CIVIL ACTION NO. 1:05-CV-0621** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **LIFE INSURANCE COMPANY OF** : | |
| **AMERICA,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 25th day of May, 2005, upon consideration of the document captioned "stipulation for extension of time" and executed by counsel for the parties (Doc. 7), in which counsel agree to allow defendant an additional thirty days to file a response to the complaint, and it appearing that the stipulation should be construed as a joint motion for an enlargement of time in which to file an answer to the complaint,[1] see FED. R. CIV. P. 6(b), it is hereby ORDERED that the stipulation (Doc. 7) is CONSTRUED as a joint motion for an enlargement of time and GRANTED as so construed.  Defendant shall file a response to the complaint on or before June 24, 2005.

                                                                   S/ Christopher C. Conner
                                                                  CHRISTOPHER C. CONNER
                                                                  United States District Judge

---

[1] The Federal Rules of Civil Procedure do not grant the parties independent authority to extend case management deadlines absent approval by the court.  See FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3, 7.5; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).